United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 22, 2007**

Charles R. Fulbruge III
Clerk

**UNITED STATES COURT OF APPEALS
FIFTH CIRCUIT**

_____

**No. 05-51719
Summary Calendar**

_____

**MICHAEL J. FLORES; LEE FLORES,**

**Plaintiffs-Appellants,**

**versus**

**MATTHEWS & BRANSCOMB; JAMES H. ROBICHAUX; JAMES CLANCEY; JEFFREY
DICKERSEN,**

**Defendants-Appellees.**

_____

**Appeal from the United States District Court
for the Western District of Texas
(5:05-CV-897)**

_____

Before REAVLEY, SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Michael and Lee Flores appeal, *pro se*, the dismissal of their
42 U.S.C. § 1983 action against a private law firm and three of its
members as frivolous, pursuant to 28 U.S.C. § 1915. That dismissal
is reviewed for abuse of discretion. *Norton v. Dimazana*, 122 F.3d
286, 291 (5th Cir. 1997). Affording the pleadings and brief the
requisite liberal construction, *e.g., Grant v. Cuellar*, 59 F.3d
523, 524 (5th Cir. 1995), there was no such abuse.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

First, the Floreses offer no concrete assertions of a violation of the Constitution or federal law, nor assert any facts to support their conclusory claim that defendants acted under the required color of state law. *See* **West v. Atkins**, 487 U.S. 42, 48 (1988); **Mills v. Criminal Dist. Court No. 3**, 837 F.2d 677, 678 (5th Cir. 1988). In that regard, a state-law claim against the defendant attorneys for professional misconduct is not a basis for § 1983 relief. *See* **O'Brien v. Colbath**, 465 F.2d 358, 359 (5th Cir. 1972); *see also* **Baker v. McCollan**, 443 U.S. 137, 146 (1979) (a § 1983 complaint is not a vehicle for vindicating rights arising under state tort law). Finally, the Floreses offer no specific facts to support their claim of a conspiracy between defendants and the state court. *See* **Young v. Biggers**, 938 F.2d 565, 569 (5th Cir. 1991).

*AFFIRMED*